IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                           CHAPTER 7

THOMAS RICHARD SZTARK, SR.

                                           CASE No.6:17-bk-07456-KSJ

                 DEBTOR.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2018, the Order Granting Prof-2013 Title Trust II's Motion for Order Confirming The Automatic Stay is Not In Effect [DE # 14] was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

U.S Trustee Middle District of Florida (Orlando Division)
George C Young Federal Building
400 West Washington Street
Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

Arvind Mahendru
5703 Red Bug Lake Road, Suite 284
Winter Springs, FL 32708
amtrustee@gmail.com

Paul F Daley
7331 Office Park Place
Suite 3
Viera, FL 32940
staff@daleylaw.com

and on <u>May 11, 2018</u> a true and correct copy was mailed to the non-CM/ECF participants listed below:

Thomas Richard Sztark, Sr.
1697 Atrium Drive
Melbourne, FL 32935

                                         **Tromberg Law Group, P.A.**

                               **BY:** /s/ April Hosford Stone
                                       Attorney for Secured Creditor
                                       1515 South Federal Highway, Suite 100
                                       Boca Raton, FL 33432
                                       Telephone #: 561-338-4101
                                       Fax #: 561-338-4077
                                       FBN 0091388
                                       ecf@tromberglawgroup.com
                                       astone@tromberglawgroup.com